IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DWAINE FLOWERS, on his own behalf
and all similarly situated individuals,**

      CIVIL ACTION
**Plaintiff,**      FILE NO.: 1:14-cv-01228-TCB

**v.**

**PROTECT SECURITY LLC,**
a Georgia for Profit Corporation and
**GEORGE JONES, Individually,**

   **Defendants**
_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT

   Plaintiff, DWAINE FLOWERS, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the Parties are finalizing the terms of their resolution and anticipate filing the appropriate dismissal documents with this Court within the next thirty (30) days.

   DATED this 26th day of August, 2014.

      **/s/ ANDREW FRISCH**
      ANDREW FRISCH
      FL Bar No.: 27777
      MORGAN & MORGAN, P.A.
      600 N. Pine Island Road, Suite 400
      Plantation, Florida 33324
      Telephone: (954) 318-0268
      Facsimile: (954) 333-3515
      E-mail: afrisch@forthepeople.com

      *Trial Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>26th</u> day of August, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ ANDREW FRISCH</u>
ANDREW FRISCH
